With the lawyers who are going to argue the case, please approach the bench and introduce yourself to the court. Good morning, Your Honor. Adrian Vukovic for the Apollo. I can't hear you. I'm sorry. Good morning, Adrian Vukovic for the Apollo. And do you need some time for rebuttal? Yes, sir. How much? Five minutes. Okay. Good morning, Your Honors. Richard Stavens, STAVIMS, for the Apolles. All right. Let's proceed. Good morning again, Adrian Vukovic. On behalf of Wayne Crawford, Apollon. Mr. Crawford was a claimant in two probate estates involving his son and his daughter-in-law. And they were deceased. They became deceased. I mean, the law says that, you know, whatever you pay is presumed to give.